**No. 42024.**—Protests 935208–G, etc., of General Concessions Corp. (Cleveland).

Opinion by McClelland, P. J.   The claim as to the imitation metal watches was overruled on the authority of Abstract 39565.   There was testimony that the paper water flowers in question could not be used for decorative or ornamental purposes.   As it was stipulated that they are in chief value of paper the claim at 35 percent under paragraph 1413 was sustained.

**No. 42025.**—Protest 948581–G of Montgomery Ward & Co. (New York).

Opinion by Sullivan, J.   It was stipulated that the merchandise consists of microscope sets the same as those passed upon in United States v. Wolf (26 C. C. P. A. 243, C. A. D. 23) and held dutiable at 45 percent under paragraph 228 (b). As there was no claim made under this paragraph the protest was overruled. Brown, J., dissented.

Before the Second Division, August 30, 1939

**No. 42026.**—Protests 84541–G, etc., of Gimbel Bros. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel filet laces similar to those the subject of United States v. Jabara (22 C. C. P. A. 77, T. D. 47065), Normandy laces like those passed upon in United States v. Amrein (26 C. C. P. A. 353, C. A. D. 40), and embroidered articles and embroidered-net handkerchiefs similar to the merchandise the subject of Pustet v. United States (13 Ct. Cust. Appls. 530, T. D. 41396) and United States v. Ramig (17 C. C. P. A. 365 T. D. 43809) were held dutiable at 75 percent under paragraph 1430.

**No. 42027.**—Protest 86987–G of R. H. Macy & Co., Inc. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel and on the authority of Amrein v. United States (T. D. 49551), Pustet v. United States (13 Ct. Cust. Appls. 530, T. D. 41396), and United States v. Smith (12 id. 384, T. D. 40544) Normandy laces, embroidered galloons, and embroidered articles in part of lace were held dutiable at 75 percent under paragraph 1430.

**No. 42028.**—Protest 154358–G of R. H. Macy & Co., Inc: (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel and on the authority of United States v. Amrein (26 C. C. P. A. 353, C. A. D. 40), Pustet v. United States (13 Ct. Cust. Appls. 530, T. D. 41396), and United States v. Smith (12 id. 384, T. D. 40544) Normandy laces, embroidered motives, embroidered dress in part of lace, pillow slips embroidered and in part of lace, and embroidered trimmings were held dutiable at 75 percent under paragraph 1430 as claimed.